# Exhibit A



**DEPARTMENT OF THE NAVY**
HEADQUARTERS, UNITED STATES MARINE CORPS
3280 RUSSELL ROAD
QUANTICO, VIRGINIA 22134-5103

IN REPLY REFER TO:
1730
MRA
FEB 0 7 2022

From: Deputy Commandant for Manpower and Reserve Affairs
To:   Applicant Jaskirat Singh

Subj: PRE-ACCESSION REQUEST FOR RELIGIOUS ACCOMMODATION

Ref:  (a) MCO 1730.9
      (b) DoD Instruction 1300.17
      (c) SECNAVINST 1730.8B
      (d) 10 U.S.C. § 774
      (e) 42 U.S.C. § 2000bb et seq., Religious Freedom Restoration
          Act of 1993 (RFRA)
      (f) Request dtd 24 Nov 2021

1.  I have carefully considered references (a) through (f) and other materials in conjunction with your request to maintain unshorn hair, including facial hair; wear an unconcealed turban to cover your head; and wear a kara (steel bracelet) on your wrist.  In making this decision I weighed the full range of facts and circumstances of your request as presented in reference (f), the endorsements from Recruiting Command and the local chaplain, the recommendations of the Religious Accommodation Review Board, and the requirements of references (a) through (e), previous accommodation requests, the objectives of Marine training, and certain collateral materials relevant to this request, e.g., safety studies.  I also consulted with legal counsel.  In accordance with references (a) through (c), I am designated as the approval authority for requests for religious accommodation.  Should you chose to enlist, your request is conditionally approved, as described below.

2.  Your request for an accommodation must be weighed against the Marine Corps' compelling interests in mission accomplishment:

    a.  The Marine Corps has a compelling interest in accomplishing its mission, including military readiness, unit cohesion, good order and discipline, and health and safety, as recognized in reference (b), section 3.2.

    b.  Unit cohesion and good order and discipline are foundational to mission accomplishment by Fleet Marine Force units.

    c.  While the Marine Corps supports your ability to practice and observe the tenets of your faith, it may impose restrictions in support of compelling government interests if those restrictions are the least restrictive means of protecting those interests.  The United States relies on the Marine Corps to be most ready when the nation is least ready.  We who are Marines must be prepared to face the nation's enemies and assume all the risks that entails.  It is the nature of the Corps to be forward deployed, ready to respond with little or no

Subj:  PRE-ACCESSION REQUEST FOR RELIGIOUS ACCOMMODATION

advance notice.  In order to maintain the highest levels of effectiveness, we have evolved a regimen of maintaining our readiness, one that includes decades of experience.  That regimen imposes a high order of discipline, and incorporates uniformity as a tool.  These components of our regimen directly support mission accomplishment, and the foundation of this regimen begins at recruit training.

    d.  The Marine Corps has a significant and compelling interest in unit cohesion and good order and discipline at recruit training. Marines must maintain the highest level of commitment to each other to make execution of the most difficult missions possible.  The discipline of uniformity helps to engender that commitment by reminding all Marines in the unit that they are a part of a team, and that the Corps values the team because teamwork is required to survive in combat.  The discipline of uniformity and focus on teamwork begins during recruit training, where the Marine Corps' compelling interest is at one of its highest points.  This transformative period sets the foundation for further service by breaking down individuality and training recruits to think of their team first.  Uniformity is a key component of this process.  Uniformity is more than the mere outward expression of a Marine's unity with the team.  It is a tool that constantly reminds all Marines of the team to which they are committed and signals to other Marines the depth of that commitment.  The uniform is a reflection of these ideals, and is essential in forging the team mindset necessary to become a Marine and to accomplish the mission of the Marine Corps.  Consequently, limiting exceptions during this transformative process constitutes the least restrictive means to further the government's compelling interests.

    e.  Upon successful completion of entry level training, you will serve in Marine Corps units that face the possibility of protecting the interests of the United States in the full range of conflict at any time.  In addition to the Marine Corps' compelling interests previously discussed, the Marine Corps also has a compelling interest in military readiness and health and safety for Fleet Marine Corps units to accomplish the mission in combat.  These compelling interests rely on the foundation forged at recruit training, and are at their highest for Marines deployed in a combat zone.  Uniformity enables the coordinated action necessary for success in combat because it demonstrates the commitment required for individuals to take actions that run counter to their survival instincts.  Additionally, the Marine Corps' compelling interest in the health and safety of Marines, and their unit, is a vital component of mission accomplishment.  This is of paramount importance for Marines, and their units, who operate in areas with increased danger of enemy fire and potential chemical attack.  Therefore, some limitations may be necessary as the least restrictive means to further the government's compelling interests in combat zones.

3. After evaluating your request and the considerations noted above, your request to maintain unshorn hair, including facial hair; wear an unconcealed turban to cover your head; and wear a kara on your wrist is approved, subject to the limitations described below.

Subj:  PRE-ACCESSION REQUEST FOR RELIGIOUS ACCOMMODATION

    a.  You may not maintain unshorn hair, including facial hair; wear an unconcealed turban to cover your head; and wear a kara on your wrist during recruit training.

    b.  Upon successful completion of recruit training, the following guidelines will apply.

        (1) <u>Hair</u>.  You may maintain unshorn hair, provided that your hair does not fall over your ears, eyebrows, or touch the collar while in uniform.  Your unshorn hair must be maintained in a neat and conservative manner and not interfere with the performance of your military duties.  Unshorn hair must be styled in a manner to conform closely to your head and may be covered by a turban as detailed below.  When in a deployed environment, your unshorn hair must be maintained in a manner which will allow for the appropriate fit of your helmet and protective headgear.

        (2) <u>Turban</u>.  You may wear a turban while in uniform.

        (3) To ensure safety in a combat environment, when you are receiving hostile fire or imminent danger pay, you may not wear the larger turban in order to ensure that you can quickly don a helmet whenever necessary.  However, you may wear the patka while receiving hostile fire or imminent danger pay and in any other situation where you are required to wear a helmet or other protective headgear, as long as the proper fit of the helmet or protective headgear can be ensured.  Your battalion or squadron commander will conduct an inspection to determine whether the proper fit of the helmet or protective headgear can be obtained.

        (4) When authorized to wear the turban, the turban must be worn in a neat and conservative manner.  Unless wearing the patka underneath the helmet or protective headgear, the turban can be worn in lieu of the otherwise authorized cover.  The color of the turban must be the same as the primary color of the cover otherwise authorized under the uniform regulations, except that a black turban may be worn with the dress blue uniform.  The turban must be unadorned, except that use of the MARPAT pattern is acceptable when worn with the MARPAT uniform.

        (5) <u>Beard</u>.  You may maintain a beard except when you are deployed and are receiving hostile fire pay or imminent danger pay.  When authorized to maintain a beard, your beard must be maintained in a neat and conservative manner, as determined by your squadron or battalion commander.  If your facial hair exceeds two inches in length, it must be rolled and or tied to achieve the required length.

        (6) <u>Kara</u>.  The Kara may be worn in the uniform as long as its wear does not interfere with the proper operation of your weapon or with the fit of any personal protective gear.

4.  Under references (b) through (d), in the event of exigent circumstances and in furtherance of a compelling governmental interest

        3

Subj:  PRE-ACCESSION REQUEST FOR RELIGIOUS ACCOMMODATION

due to operational necessity, when time is of the essence and no less restrictive means of religious accommodation are available, subsequent commanders at the battalion or squadron level may temporarily modify or suspend this accommodation.

5.  Upon receipt of permanent change of station (PCS) or permanent change of assignment (PCA) orders, you will inform the command identified on the PCS or PCA orders of this approval.  You do not have to submit a new request for accommodation, however you are advised that due to mission requirements at the new assignment, this approval may be considered for modification, suspension, or recession.  If the commander at the new assignment requests I review and/or rescind this approval, you will be given opportunity to provide comment before I make a decision.

6.  A copy of this letter will be placed into your Official Military Personnel file (OMPF), when one is created should you enlist under the conditions described above.

7.  You have a right to appeal the conditions placed on this accommodation to the Commandant of the Marine Corps.  Should you decide to appeal this decision, your appeal should be in naval letter format from you addressed to the Commandant of the Marine Corps. Forward your appeal via the recruiting chain of command to the point of contact below, for delivery to the Commandant.  Your appeal should be submitted to your recruiter within 10 business days.

8.  Point of contact on this matter is Mr. Bill McWaters at (703) 784-9386 or william.mcwaters@usmc.mil.

DAVID A. OTTIGNON

Copy to:
CG, MCRC
CG, WRR
CO, 8th MCD

4