IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUKHBIR SINGH TOOR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID H. BERGER, Commandant of the Marine Corps, *et al.*, <br><br> Defendants. | Case No. 22-cv-1004-RJL |

## PLAINTIFFS' ERRATA TO MOTION TO COMPEL DEFENDANTS TO ANSWER INTERROGATORIES AND PRODUCE DOCUMENTS

Plaintiffs Sukhbir Singh Toor, Plaintiffs Milaap Singh Chahal, Jaskirat Singh, and Aekash Singh (collectively, the "Plaintiffs") respectfully submit the hereto attached Exhibit 6 (public version) to their Motion to Compel Defendants to Answer Interrogatories and Produce Documents. Dkt. 65. Exhibit 6 contains confidential information protected from public disclosure subject to the Protective Order agreed upon by the parties and entered by this Court. Plaintiffs are concurrently filing a motion for leave to file Exhibit 6 to their Motion to Compel under seal, in accordance with Local Rule 5.1(h).

Dated: December 12, 2022

Respectfully submitted,

/s/ *Amandeep S. Sidhu*
Amandeep S. Sidhu (D.C. Bar No. 978142)
**WINSTON & STRAWN LLP**
1901 L St., NW
Washington, DC, 20036-3506
(202) 282-5828 PHONE
*asidhu@winston.com*

Nasir Hussain (Admitted *Pro Hac Vice*)
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL, 60601

(312) 558-3761 PHONE
nhussain@winston.com

Eric S. Baxter (D.C. Bar No. 479221)
Daniel Blomberg (D.C. Bar No. 1032624)
Diana Verm Thomson (D.C. Bar No. 1811222)
Laura Wolk (D.C. Bar No. 1643193)
**THE BECKET FUND FOR RELIGIOUS LIBERTY**
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC, 20006
(202) 955-0095 PHONE
(202) 955-0090 FAX
*ebaxter@becketlaw.org*

Amrith Kaur Aakre (Admitted *Pro Hac Vice*)
Giselle Klapper (Admitted *Pro Hac Vice*)
**THE SIKH COALITION**
50 Broad St., Suite 504
New York, NY 10004
(847) 786-5839 PHONE
*amrith@sikhcoalition.org*
*giselle@sikhcoalition.org*

*Counsel for All Plaintiffs*

Brian W. Song (Admitted *Pro Hac Vice*)
Matthew K. Cowherd (D.C. Bar 229924)
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200 PHONE
*bsong@bakerlaw.com*
*mcowherd@bakerlaw.com*

*Counsel for Plaintiff Jaskirat Singh*

2

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on December 12, 2022, a true and correct copy of the foregoing was served upon all counsel of record via CM/ECF.

/s/ Nasir Hussain
Nasir Hussain

*Counsel for Plaintiffs*