IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUKHBIR SINGH TOOR, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 22-cv-1004-RJL |
| DAVID H. BERGER, Commandant of the Marine Corps, *et al.*, | |
| Defendants. | |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Strike Or, In the Alternative, for Leave to File a 20-Page Opposition to Plaintiffs' Motion to Compel, and any response or reply thereto, it is hereby

**ORDERED** that said motion is **GRANTED IN PART**; and it is

**FURTHER ORDERED** that:

Plaintiffs' Motion to Compel Defendants to Answer Interrogatories and Produce Documents ("Plaintiffs' Motion to Compel" or "Plaintiffs' Motion"), ECF No. 65, is stricken from the docket of this case for failure to comply with the five-page limit set by this Court's September 22, 2022 Minute Order.

**[OR]**

Defendants are hereby granted leave to file an Opposition to Plaintiffs' Motion of up to 20 pages.

**SO ORDERED**.

Dated: _____

                                            The Honorable Richard J. Leon
                                            United States District Judge