**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SUKHBIR SINGH TOOR, *et al.*,

Plaintiffs,

v.

DAVID H. BERGER, Commandant of the Marine Corps, *et al.*,

Defendants.

Case No. 22-cv-1004-RJL

**NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION FOR A PROTECTIVE ORDER TO PRECLUDE THE DEPOSITION OF THE HONORABLE LLOYD AUSTIN, SECRETARY OF DEFENSE**

PLEASE TAKE NOTICE that, in light of Plaintiffs' withdrawal of their Notice of Deposition as to The Honorable Lloyd Austin, Secretary of Defense, Defendants hereby withdraw as moot their motion for a protective order to preclude this deposition, Dkt. No. 62.

Dated: December 15, 2022

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

*/s/ Antonia Konkoly*
ANTONIA KONKOLY
STEPHEN EHRLICH
JAMES R. POWERS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005

Telephone: (202) 514-2395
Email: antonia.konkoly@usdoj.gov

*Counsel for Defendants*