# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUKHBIR SINGH TOOR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID H. BERGER, Commandant of the Marine Corps, *et al.*, <br><br> Defendants. | Case No. 22-cv-1004-RJL |

## JOINT STIPULATION REGARDING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER TO PRECLUDE THE DEPOSITION OF LIEUTENANT GENERAL DAVID OTTIGNON

On December 15, 2022, the Court issued a minute order granting Defendant's Motion for a Protective Order to Preclude the Deposition of Lieutenant General David Ottignon (the "Protective Order"), Dkt. 64. However, prior to the entry of the Court's order, the parties met and conferred and agreed to hold Lieutenant General Ottignon's deposition in abeyance pending the completion of the outstanding, fact, hybrid, and Rule 30(b) depositions. The parties now hereby stipulate as follows:

(1) Upon completion of the outstanding fact, hybrid, and Rule 30(b)(6) depositions, Plaintiffs will make an informed decision as to whether they believe Lieutenant General David Ottignon's deposition is still necessary.

(2) Should Plaintiffs determine that Lieutenant General Ottignon's deposition is still needed, Plaintiffs shall have five business days, following the completion of all other depositions that—as of the date of the instant filing—they have thus far noticed, to file a Motion to Vacate the Protective Order. The motion shall not exceed ten pages.

(3) Should Plaintiffs file a Motion to Vacate the Protective Order, Defendants shall

have five business days to file an opposition, also not to exceed ten pages.

(4) The parties agree that discovery will be held open beyond any discovery deadline for the limited purpose of taking the deposition of Lieutenant General Ottignon should the court so order.

DATED: January 6, 2023

Respectfully submitted,

/s/ Amandeep S. Sidhu
Amandeep S. Sidhu (D.C. Bar No. 978142)
**WINSTON & STRAWN LLP**
1901 L Street, NW
Washington, DC 20036-3506
(202) 282-5828 phone
*asidhu@winston.com*

Nasir Hussain (Admitted *pro hac vice*)
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL, 60601
(312) 558-3761 phone
*nhussain@winston.com*

Eric S. Baxter (D.C. Bar No. 479221)
Daniel Blomberg (D.C. Bar No. 1032624)
Diana Verm Thomson (D.C. Bar No. 1811222)
Laura Wolk (D.C. Bar No. 1643193)
**THE BECKET FUND FOR RELIGIOUS LIBERTY**
1919 Pennsylvania Avenue NW, Suite 400
Washington, DC 20006
(202) 955-0095 phone
*ebaxter@becketlaw.org*

Amrith Kaur Aakre (Admitted *pro hac vice*)
Giselle Klapper (Admitted *pro hac vice*)
**THE SIKH COALITION**
50 Broad St., Suite 504
New York, NY 10004
(847) 786-5839 phone
*amrith@sikhcoalition.org*
*giselle@sikhcoalition.org*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ Antonia Konkoly
ANTONIA KONKOLY
STEPHEN EHRLICH
JAMES R. POWERS
Trial Attorneys
**U.S. DEPARTMENT OF JUSTICE**
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 514-2395
Email: antonia.konkoly@usdoj.gov

*Counsel for Defendants*

*Counsel for All Plaintiffs*

Brian W. Song (Admitted *pro hac vice*)
Matthew K. Cowherd (Admitted *pro hac vice*)
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200 phone
*bsong@bakerlaw.com*
*mcowherd@bakerlaw.com*

*Counsel for Plaintiff Jaskirat Singh*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on January 6, 2023, a true and correct copy of the foregoing was electronically filed using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Nasir Hussain*
Nasir Hussain

*Counsel for Plaintiffs*