IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUKHBIR SINGH TOOR, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DAVID H. BERGER, Commandant of the Marine Corps, *et al.*,<br><br>　　　　Defendants. | Case No. 22-cv-1004-RJL |

**JOINT STATUS REPORT**

Pursuant to the Court's January 6, 2023, Minute Order ("Order"), the Parties, through their respective undersigned counsel, respectfully submit the instant Joint Status Report.

1.　　On December 23, 2022, the Court of Appeals issued a Judgment ordering that, upon remand to this Court, a preliminary injunction be entered permitting Plaintiffs Jaskirat Singh and Milaap Chahal to enlist in the Marine Corps and enter recruit training with their requested religious accommodations. ECF No. 73. The Court of Appeals also ordered that this Court consider further Aekash Singh's request for preliminary relief in light of the Circuit's Opinion accompanying the Judgment. *Id.*

2.　　On January 6, 2023, the Court ordered the parties to submit a Joint Status Report by January 20 regarding their conferral as to entry of a preliminary injunction.

3.　　On January 13, 2023, the Court granted the Parties' Joint Motion for a Brief Stay of Discovery. Jan. 13, 2023 Minute Order. In that motion, Defendants reported that they had determined not to seek further appellate review of the Court of Appeals' Judgment—and in light of that determination, the Parties jointly requested a three-week stay of discovery in order to

redirect their time and resources to a conferral process regarding the effect of the Court of Appeals' Opinion and Judgment on the remaining scope of Phase I discovery and litigation.

4. The parties do not have any specific agreements to report to the Court at this time. However, the parties jointly report that they are actively engaging in the contemplated conferral process regarding entry of a preliminary injunction and remaining Phase I litigation and will be prepared to share any available updates with the Court at the status conference scheduled for January 27, 2023.

Respectfully submitted this 20th day of January, 2023.

By:   */s/ Amandeep S. Sidhu*
Amandeep S. Sidhu (D.C. Bar No. 978142)
**WINSTON & STRAWN LLP**
1901 L St., NW
Washington, DC, 20036-3506
(202) 282-5828 phone
asidhu@winston.com

Eric S. Baxter (D.C. Bar No. 479221)
Daniel Blomberg (D.C. Bar No. 1032624)
Diana Verm Thomson (D.C. Bar No. 1811222)
Laura Wolk (D.C. Bar No. 1643193)
**THE BECKET FUND FOR RELIGIOUS LIBERTY**
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC, 20006
(202) 955-0095 phone
(202) 955-0090 fax
*ebaxter@becketlaw.org*

Nasir Hussain (Admitted *pro hac vice*)
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL, 60601
(312) 558-3761 phone
(312) 558-5700 fax
*nhussain@winston.com*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

*/s/ Antonia Konkoly*
ANTONIA KONKOLY
STEPHEN EHRLICH
JAMES R. POWERS
Trial Attorneys
**U.S. DEPARTMENT OF JUSTICE**
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 514-2395
Email: antonia.konkoly@usdoj.gov

*Counsel for Defendants*

Amrith Kaur Aakre (Admitted *pro hac vice*)
Giselle Klapper (Admitted *pro hac vice*)
**THE SIKH COALITION**
165 Broadway St., Office 2359
New York, NY 10006
(847) 786-5839 phone
*amrith@sikhcoalition.org*
*giselle@sikhcoalition.org*

*Counsel for All Plaintiffs*

Brian W. Song (Admitted *pro hac vice*)
Matthew K. Cowherd (Admitted *pro hac vice*)
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200 phone
*bsong@bakerlaw.com*
*mcowherd@bakerlaw.com*

*Counsel for Plaintiff Jaskirat Singh*