IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUKHBIR SINGH TOOR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID H. BERGER, Commandant of the Marine Corps, *et al.*, <br><br> Defendants. | Case No. 22-cv-1004-RJL <br><br> **AGREED STIPULATION OF DISMISSAL OF PLAINTIFF AEKASH SINGH** |

On December 23, 2022, the United States Court of Appeals for the D.C. Circuit issued an opinion and entered judgment in this matter directing "prompt entry of a preliminary injunction requiring the Marine Corps to allow Plaintiffs Jaskirat Singh and Milaap Chahal to enlist" in the Marine Corps "without shaving their heads or beards and while bearing those articles of faith that the Government failed to argue against on appeal."  In addition, the Court of Appeals ordered "further consideration" of Plaintiff Aekash Singh's "request for a preliminary injunction in light of the [Court of Appeals'] opinion" and Plaintiff Singh's recent declaration "addressing the timing of [his] desired accession into the Marine Corps." Plaintiff Singh now seeks to join the Marine Corps as an officer rather than through recruit training.

Therefore, pursuant to the terms of the concurrently filed stipulation (Dkt. Entry 87, at ¶ 5), the parties stipulate that Plaintiff Singh shall be dismissed without prejudice under Fed. R. Civ. P. 41(a). The parties agree that Plaintiff Singh may later confer with Defendants and seek leave to amend his complaint (to re-join as a Plaintiff) prior to entry of final judgment, subject to the Federal Rules of Civil Procedure. Plaintiff Singh's dismissal from this case shall not be construed as

evidence or as an admission regarding any issues of law or fact, or regarding the truth or validity of any allegation or claim raised in this action.

SO STIPULATED AND AGREED on April 6, 2023.

| | |
|---|---|
| /s/ Amandeep S. Sidhu<br>Amandeep S. Sidhu (D.C. Bar No. 978142)<br>**WINSTON & STRAWN LLP**<br>1901 L St., NW<br>Washington, DC 20036-3506<br>(202) 282-5828 phone<br>*asidhu@winston.com*<br><br>Eric S. Baxter (D.C. Bar No. 479221)<br>Daniel Blomberg (D.C. Bar No. 1032624)<br>Diana Verm Thomson (D.C. Bar No. 1811222)<br>Laura Wolk (D.C. Bar No. 1643193)<br>**THE BECKET FUND FOR RELIGIOUS LIBERTY**<br>1919 Pennsylvania Ave. NW, Suite 400<br>Washington, DC 20006<br>(202) 955-0095 phone<br>(202) 955-0090 fax<br>*ebaxter@becketlaw.org*<br><br>Nasir Hussain (Admitted *pro hac vice*)<br>**WINSTON & STRAWN LLP**<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>(312) 558-3761 phone<br>(312) 558-5700 fax<br>*nhussain@winston.com*<br><br>Amrith Kaur Aakre (Admitted *pro hac vice*)<br>Giselle Klapper (Admitted *pro hac vice*)<br>**THE SIKH COALITION**<br>165 Broadway St., Office 2359<br>New York, NY 10006<br>(847) 786-5839 phone<br>*amrith@sikhcoalition.org*<br>*giselle@sikhcoalition.org*<br><br>*Counsel for All Plaintiffs* | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>ANTHONY J. COPPOLINO<br>Deputy Director, Federal Programs Branch<br><br>/s/ Stephen Ehrlich<br>STEPHEN EHRLICH<br>ANTONIA KONKOLY<br>JAMES R. POWERS<br>Trial Attorneys<br>**U.S. DEPARTMENT OF JUSTICE**<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br>Telephone: (202) 514-2395<br>*stephen.ehrlich@usdoj.gov*<br><br>*Counsel for Defendants* |

Brian W. Song (Admitted *pro hac vice*)
Matthew K. Cowherd (Admitted *pro hac vice*)
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200 phone
*bsong@bakerlaw.com*
*mcowherd@bakerlaw.com*

*Counsel for Plaintiff Jaskirat Singh*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on April 6, 2023, a true and correct copy of the foregoing was electronically filed using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                            /s/ *Amandeep S. Sidhu*
                                            Amandeep S. Sidhu

                                            *Counsel for Plaintiffs*