# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SUKHBIR SINGH TOOR**, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> **DAVID H. BERGER**, et al., <br><br> *Defendants*. | Civil Action No. 1:22-cv-01004 <br><br> **NOTICE OF WITHDRAWAL** |

## NOTICE OF WITHDRAWAL

Matthew K. Cowherd, counsel for Jaskirat Singh, Plaintiff in Civil Action No. 1:22-cv-01004, respectfully provides notice of withdrawal as counsel in this matter. As of July 21, 2023, Cowherd will no longer be an attorney with Baker & Hostetler. Jaskirat Singh will continue to be represented by Brian W. Song of Baker & Hostetler LLP as well as Amandeep S. Sidhu of Winston & Strawn LLP, Amrith Kaur Aakre and Giselle Klapper of The Sikh Coalition, and Daniel H. Blomberg, Diana Verm Thomson and Eric S. Baxter of The Becket Fund for Religious Liberty.

Respectfully submitted this 14th day of July, 2023.

/s/ Matthew K. Cowherd

Matthew K. Cowherd (D.C. Bar No. 229924)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111-0100
T: (202) 589-4200
F: (212) 589-4201
mcowherd@bakerlaw.com

*Attorney for Plaintiff Jaskirat Singh*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 14, 2023, a true and correct copy of the foregoing was electronically filed using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Matthew K. Cowherd

Matthew K. Cowherd (D.C. Bar No. 229924)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111-0100
T: (202) 589-4200
F: (212) 589-4201
mcowherd@bakerlaw.com