IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUKHBIR SINGH TOOR, *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>DAVID H. BERGER, Commandant of the Marine Corps, *et al.*,<br><br>            Defendants. | Case No. 22-cv-1004-RJL |

**JOINT STATUS REPORT**

Pursuant to the Court's Order at the Status Conference held April 18, 2023, the Parties, through their respective undersigned counsel, respectfully submit the instant Joint Status Report.

1.    To date, this litigation has been divided for discovery and other scheduling purposes into two phases.

2.    Phase I concerned Plaintiff Jaskirat Singh and then-Plaintiffs Milaap Singh Chahal and Aekash Singh's requests to attend Marine Corps recruit training at Marine Corps Recruit Depot (MCRD) San Diego with certain religious accommodations from uniform and grooming standards. Following the entry of an opinion and judgment by the U.S. Court of Appeals for the D.C. Circuit, this Court entered a Preliminary Injunction in favor of Plaintiff Jaskirat Singh, permitting him to attend recruit training with religious accommodations specified in the order. *See* ECF No. 90. Milaap Chahal and Aekash Singh have been dismissed as Plaintiffs from this litigation in light of stipulations filed by the Parties. ECF Nos. 86–88.

3.    <u>DEFENDANTS' STATEMENT (JOINED BY PLAINTIFFS)</u>: On August 11, 2023, Plaintiff Jaskirat Singh graduated from training at the Marine Corps Recruit Depot San

Diego after successfully completing recruit training with his articles of faith intact and has earned the rank of Private First Class ("PFC"). PFC Singh is currently attending training for his assigned Military Occupational Specialty.

PLAINTIFFS' SUPPLEMENTAL STATEMENT: PFC Singh successfully completed recruit training, including the gas mask training exercise, with his articles of faith intact. PFC Singh excelled in the recruit training Program—earning the Marine Corps' Expert Marksmanship Qualification Badge, and graduating as a squad leader in his training platoon. PFC Singh's Military Occupational Specialty ("MOS") is infantry. Upon successfully completing his infantry MOS training, PFC Singh is expected to be fully prepared for combat service and could be deployed overseas.

4. Phase II of this litigation concerns the Marine Corps' resolution of the religious accommodation request of Plaintiff Capt. Sukhbir Singh Toor and the aspect of Plaintiff Jaskirat Singh's request concerning his post-recruit training service, including the restrictions on Plaintiffs' deployment locations while maintaining unshaven beards. The Marine Corps has concerns as to gas mask functionality for persons with unshaven beards that, *inter alia*, formed a basis for its partial denial of Plaintiffs' religious accommodation requests.

5. As discussed with the Court at the status hearing of April 18, 2023, the Parties agree that a pending administrative action may be relevant to discovery and other proceedings in Phase II. That action concerns a November 15, 2021, memorandum issued by Secretary of the Navy Carlos Del Toro entitled "Department of the Navy Diversity, Equity, and Inclusion Going Forward" (the "Navy Memo"). Among other things, the Navy Memo directs the Assistant Secretary of the Navy (Energy, Installations and Environment) to "coordinate with the Navy and Marine Corps to initiate a study examining the impacts of facial hair on gas mask functionality."

6.      As previously reported, the Naval Health Research Center in San Diego's report regarding this study was transmitted to the Secretary of the Navy for his review and consideration, who further referred the report back to the Assistant Secretary of the Navy (Energy, Installations, and Environment) to clarify recommendations for SECNAV review and consideration. The referral remains pending with the office of the Assistant Secretary.

7.      Consistent with the Court's Order, the Parties will submit a further Joint Status Report within 45 days.

8. Respectfully submitted this 31st day of August, 2023.

By: */s/ Amandeep S. Sidhu*
Amandeep S. Sidhu (D.C. Bar No. 978142)
**WINSTON & STRAWN LLP**
1901 L St., NW
Washington, DC, 20036-3506
(202) 282-5828 phone
*asidhu@winston.com*

Eric S. Baxter (D.C. Bar No. 479221)
Daniel Blomberg (D.C. Bar No. 1032624)
Diana Verm Thomson (D.C. Bar No. 1811222)
Laura Wolk (D.C. Bar No. 1643193)
**THE BECKET FUND FOR RELIGIOUS LIBERTY**
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC, 20006
(202) 955-0095 phone
(202) 955-0090 fax
*ebaxter@becketlaw.org*

Nasir Hussain (Admitted *pro hac vice*)
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL, 60601
(312) 558-3761 phone
(312) 558-5700 fax
*nhussain@winston.com*

Amrith Kaur Aakre (Admitted *pro hac vice*)
Giselle Klapper (Admitted *pro hac vice*)
Marissa Rossetti (Admitted *pro hac vice)*
**THE SIKH COALITION**
165 Broadway St., Office 2359
New York, NY 10006
(847) 786-5839 phone
*amrith@sikhcoalition.org*
*giselle@sikhcoalition.org*
*marissa@sikhcoalition.org*

*Counsel for All Plaintiffs*

Brian W. Song (Admitted *pro hac vice*)

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOSHUA E. GARDNER
Special Counsel

*/s/ James R. Powers*
ANTONIA KONKOLY
STEPHEN EHRLICH
JAMES R. POWERS
Trial Attorneys
**U.S. DEPARTMENT OF JUSTICE**
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-0543
Email: james.r.powers@usdoj.gov

*Counsel for Defendants*

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200 phone
*bsong@bakerlaw.com*


*Counsel for Plaintiff Jaskirat Singh*