IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUKHBIR SINGH TOOR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID H. BERGER, Commandant of the Marine Corps, *et al.*, <br><br> Defendants. | Case No. 22-cv-1004-RJL |

**JOINT STATUS REPORT**

Pursuant to the Court's Order at the Status Conference held April 18, 2023, the Parties, through their respective undersigned counsel, respectfully submit the instant Joint Status Report.

1. To date, this litigation has been bifurcated for discovery and other scheduling purposes into two phases.

2. Phase I concerned Plaintiff Jaskirat Singh and then-Plaintiffs Milaap Singh Chahal and Aekash Singh's requests to attend Marine Corps recruit training at Marine Corps Recruit Depot San Diego with certain religious accommodations from uniform and grooming standards. Following the entry of an opinion and judgment by the U.S. Court of Appeals for the D.C. Circuit, this Court entered a preliminary injunction in favor of Plaintiff Jaskirat Singh, permitting him to attend recruit training with religious accommodations specified in the order. *See* ECF No. 90. Milaap Chahal and Aekash Singh have been dismissed as Plaintiffs from this litigation in light of stipulations filed by the Parties. ECF Nos. 86–88.

3. On August 11, 2023, Plaintiff Jaskirat Singh graduated from training at the Marine Corps Recruit Depot San Diego after successfully completing recruit training with his articles of

faith intact.  Plaintiff Jaskirat Singh graduated from training with the rank of Private First Class ("PFC") and was recently promoted to Lance Corporal ("LCpl").  LCpl Singh is currently attending training for his assigned Military Occupational Specialty.  Accordingly, Phase I of this litigation has concluded.

4. Phase II of this litigation concerns the Marine Corps' resolution of the religious accommodation request of Plaintiff Capt. Sukhbir Singh Toor and the aspect of Plaintiff LCpl Jaskirat Singh's request concerning his post-recruit training service, including the restrictions on Plaintiffs' deployment locations while maintaining unshaven beards.  The Marine Corps has concerns as to gas mask functionality for persons with unshaven beards that, *inter alia*, formed a basis for its partial denial of Plaintiffs' religious accommodation requests.

5. As previously reported, a November 15, 2021, memorandum issued by Secretary of the Navy Carlos Del Toro entitled "Department of the Navy Diversity, Equity, and Inclusion Going Forward" (the "Navy Memo"), directed, *inter alia*, that the Assistant Secretary of the Navy (Energy, Installations and Environment) to "coordinate with the Navy and Marine Corps to initiate a study examining the impacts of facial hair on gas mask functionality." The Naval Health Research Center in San Diego's report regarding this study was transmitted to the Secretary of the Navy for his review and consideration.  After further input from the Assistant Secretary of the Navy (Energy, Installations, and Environment), the Secretary of the Navy has reviewed the final report.  The Secretary has not yet directed further action based on the report.

6. Consistent with the Court's Order, the Parties will confer regarding appropriate next steps in this matter—including whether further maintenance of the stay is warranted—and submit a further Joint Status Report within 45 days.

Respectfully submitted this 16th day of October, 2023.

| | |
|---|---|
| By: */s/ Amandeep S. Sidhu* <br> Amandeep S. Sidhu (D.C. Bar No. 978142) <br> **WINSTON & STRAWN LLP** <br> 1901 L St., NW <br> Washington, DC, 20036-3506 <br> (202) 282-5828 phone <br> *asidhu@winston.com* <br><br> Eric S. Baxter (D.C. Bar No. 479221) <br> Daniel Blomberg (D.C. Bar No. 1032624) <br> Diana Verm Thomson (D.C. Bar No. 1811222) <br> Laura Wolk (D.C. Bar No. 1643193) <br> **THE BECKET FUND FOR RELIGIOUS LIBERTY** <br> 1919 Pennsylvania Ave. NW, Suite 400 <br> Washington, DC, 20006 <br> (202) 955-0095 phone <br> (202) 955-0090 fax <br> *ebaxter@becketlaw.org* <br><br> Nasir Hussain (Admitted *pro hac vice*) <br> **WINSTON & STRAWN LLP** <br> 35 W. Wacker Drive <br> Chicago, IL, 60601 <br> (312) 558-3761 phone <br> (312) 558-5700 fax <br> *nhussain@winston.com* <br><br> Amrith Kaur Aakre (Admitted *pro hac vice*) <br> Giselle Klapper (Admitted *pro hac vice*) <br> Marissa Rossetti (Admitted *pro hac vice)* <br> **THE SIKH COALITION** <br> 165 Broadway St., Office 2359 <br> New York, NY 10006 <br> (847) 786-5839 phone <br> *amrith@sikhcoalition.org* <br> *giselle@sikhcoalition.org* <br> *marissa@sikhcoalition.org* <br><br> *Counsel for All Plaintiffs* | BRIAN M. BOYNTON <br> Principal Deputy Assistant Attorney General <br><br> JOSHUA E. GARDNER <br> Special Counsel <br><br> */s/ Stephen Ehrlich* <br> STEPHEN EHRLICH <br> MICHAEL KNAPP <br> ANTONIA KONKOLY <br> JAMES R. POWERS <br> Trial Attorneys <br> **U.S. DEPARTMENT OF JUSTICE** <br> Civil Division, Federal Programs Branch <br> 1100 L Street, NW <br> Washington, DC 20005 <br> Telephone: (202) 305-9803 <br> Email: stephen.ehrlich@usdoj.gov <br><br> *Counsel for Defendants* |

Brian W. Song (Admitted *pro hac vice*)
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200 phone
*bsong@bakerlaw.com*


*Counsel for Plaintiff Jaskirat Singh*

4