IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SUKHBIR SINGH TOOR**, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>**DAVID H. BERGER**, et al.,<br><br>*Defendants*. | Case No. 22-cv-1004-RJL |

## NOTICE OF WITHDRAWAL AS COUNSEL

Amrith Kaur Aakre, counsel for Sukhbir Singh Toor and Jaskirat Singh, Plaintiffs in Civil Action No. 1:22-cv-1004-RJL, respectfully submits notice of withdrawal as counsel in this matter pursuant to Rule LCvR 83.6. As of January 2, 2024, Ms. Aakre will no longer be an attorney with The Sikh Coalition. Plaintiffs Toor and Singh will continue to be represented by Giselle Klapper and Marissa Rossetti of The Sikh Coalition, as well as Amandeep S. Sidhu and Nasir Hussain of Winston & Strawn LLP, Daniel H. Blomberg, Diana Verm Thomson, Laura Slavis, and Eric S. Baxter of The Becket Fund for Religious Liberty, and Plaintiff Jaskirat Singh will continue to be represented by Brian W. Song of Baker & Hostetler LLP.

Respectfully submitted this 20th day of December, 2024.

/s/ *Amrith Kaur Aakre*

Amrith Kaur Aakre
THE SIKH COALITION
165 Broadway Street, # 2359
New York, NY 10006
T: (847) 786-5839
F: (212) 589-4201
Amrith@sikhcoalition.org

*Attorney for Plaintiffs Sukhbir Singh Toor and Jaskirat Singh*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 20, 2023, a true and correct copy of the foregoing was electronically filed using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Amrith Kaur Aakre*

Amrith Kaur Aakre
THE SIKH COALITION
165 Broadway Street, # 2359
New York, NY 10006
T: (847) 786-5839
F: (212) 589-4201
Amrith@sikhcoalition.org