# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUKHBIR SINGH TOOR, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) Civil Action No. 22-1004 (RJL) <br> DAVID H. BERGER, ) <br> Commandant of the Marine Corps, *et al.*, ) <br> ) <br> Defendants. ) | |

## NOTICE OF WITHDRAWAL

Pursuant to LCvR 83.6(b), undersigned counsel for Defendants, Michael F. Knapp, files this notice of withdrawal of appearance. No trial date has been set in this matter and Defendants will continue to be represented by previously appearing counsel of record from the Department of Justice.

Dated: August 22, 2024

Respectfully submitted,

*/s/ Michael F. Knapp*
MICHAEL F. KNAPP (Cal. Bar No. 314104)
Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 514-2071
Fax: (202) 616-8460
Email: michael.f.knapp@usdoj.gov

*Counsel for Defendants*