AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Toor | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-cv-1004-RJL |
| Berger | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 02/26/2025

/s/ Christopher M. Lynch
*Attorney's signature*

Christopher M. Lynch, D.C. Bar No. 1049152
*Printed name and bar number*

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St., N.W.
Washington, D.C. 20005
*Address*

Christopher.M.Lynch@usdoj.gov
*E-mail address*

(202) 353-4537
*Telephone number*

(202) 616-8470
*FAX number*