IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUKHBIR SINGH TOOR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ERIC M. SMITH,[1] Commandant of the Marine Corps, *et al.*, <br><br> Defendants. | Case No. 22-cv-1004-RJL |

**JOINT STATUS REPORT**

Pursuant to the Court's Order at the Status Conference held April 18, 2023, the Parties, through their respective undersigned counsel, respectfully submit this Joint Status Report.

1.  To date, this litigation has been bifurcated for discovery and other scheduling purposes into two phases.

2.  Phase I of this litigation concluded on August 11, 2023, when Plaintiff Jaskirat Singh graduated from training at the Marine Corps Recruit Depot San Diego after successfully completing recruit training with his articles of faith intact.

3.  Phase II of this litigation concerns the Marine Corps' resolution of the religious accommodation request of Plaintiff Captain Sukhbir Singh Toor and the aspect of Plaintiff LCpl

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Eric M. Smith has been automatically substituted as a defendant in his official capacity as the Commandant of the Marine Corps, Peter B. Hegseth has been automatically substituted as a defendant in his official capacity as Secretary of Defense, Terrence G. Emmert has been automatically substituted as a defendant in his official capacity as Acting Secretary of the Navy, Christopher J. Mahoney has been substituted as a defendant in his official capacity as the Assistant Commandant of the Marine Corps, and Michael J. Borgschulte has been substituted as a defendant in his official capacity as the Deputy Commandant for Manpower and Reserve Affairs.

Jaskirat Singh's request concerning his post-recruit training service, including the restrictions on Plaintiffs' deployment locations while maintaining unshaven beards.

4. The parties have been engaged in settlement discussions in good faith in an attempt to resolve Phase II this case. However, the parties need additional time to complete their discussions and finalize any settlement.

5. Consistent with the Court's Order, the Parties will submit a further Joint Status Report within 45 days.

Respectfully submitted this 27th day of February, 2025.

By: /s/ Amandeep S. Sidhu
Amandeep S. Sidhu (D.C. Bar No. 978142)
**WINSTON & STRAWN LLP**
1901 L St., NW
Washington, DC, 20036-3506
(202) 282-5828 phone
asidhu@winston.com

Eric S. Baxter (D.C. Bar No. 479221)
Daniel Blomberg (D.C. Bar No. 1032624)
Diana Verm Thomson (D.C. Bar No. 1811222)
Laura Wolk (D.C. Bar No. 1643193)
**THE BECKET FUND FOR RELIGIOUS LIBERTY**
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC, 20006
(202) 955-0095 phone
(202) 955-0090 fax
ebaxter@becketlaw.org

Nasir Hussain (Admitted *pro hac vice*)
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL, 60601
(312) 558-3761 phone
(312) 558-5700 fax
nhussain@winston.com

Giselle Klapper (Admitted *pro hac vice*)

YAAKOV M. ROTH
Acting Assistant Attorney General

LAUREN A. WETZLER
Deputy Director, Federal Programs Branch

/s/ Christopher M. Lynch
CHRISTOPHER M. LYNCH
(D.C. Bar No. 1049152)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St., N.W.
Washington, D.C. 20005
Telephone: (202) 353-4537
Facsimile: (202) 616-8470
Email: Christopher.M.Lynch@usdoj.gov

*Counsel for Defendants*

Marissa Rossetti (Admitted *pro hac vice)*
**THE SIKH COALITION**
165 Broadway St., Office 2359
New York, NY 10006
(847) 786-5839 phone
*amrith@sikhcoalition.org*
*giselle@sikhcoalition.org*
*marissa@sikhcoalition.org*

*Counsel for All Plaintiffs*

Brian W. Song (Admitted *pro hac vice*)
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200 phone
*bsong@bakerlaw.com*

*Counsel for Plaintiff Jaskirat Singh*