# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUKHBIR SINGH TOOR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ERIC M. SMITH, Commandant of the Marine Corps, *et al.*, <br><br> Defendants. | Case No. 22-cv-1004-RJL |

## JOINT STATUS REPORT

Pursuant to the Court's Order at the Status Conference held April 18, 2023, the Parties, through their respective undersigned counsel, respectfully submit this Joint Status Report.

1. To date, this litigation has been bifurcated for discovery and other scheduling purposes into two phases.

2. Phase I of this litigation concluded on August 11, 2023, when Plaintiff Jaskirat Singh graduated from training at the Marine Corps Recruit Depot San Diego after successfully completing recruit training with his articles of faith intact.

3. Phase II of this litigation concerns the Marine Corps' resolution of the religious accommodation request of Plaintiff Captain Sukhbir Singh Toor and the aspect of Plaintiff LCpl Jaskirat Singh's request concerning his post-recruit training service, including the restrictions on Plaintiffs' deployment locations while maintaining unshaven beards.

4. The parties have been engaged in settlement discussions in good faith in an attempt to resolve Phase II this case. However, the parties need additional time to complete their discussions and finalize any settlement.

5. Consistent with the Court's Order, the Parties will submit a further Joint Status Report within 45 days.

Respectfully submitted this 29th day of May, 2025.

| | |
|---|---|
| By: */s/ Amandeep S. Sidhu*<br>Amandeep S. Sidhu (D.C. Bar No. 978142)<br>**WINSTON & STRAWN LLP**<br>1901 L St., NW<br>Washington, DC, 20036-3506<br>(202) 282-5828 phone<br>*asidhu@winston.com*<br><br>Eric S. Baxter (D.C. Bar No. 479221)<br>Daniel Blomberg (D.C. Bar No. 1032624)<br>Diana Verm Thomson (D.C. Bar No. 1811222)<br>Laura Wolk (D.C. Bar No. 1643193)<br>**THE BECKET FUND FOR RELIGIOUS LIBERTY**<br>1919 Pennsylvania Ave. NW, Suite 400<br>Washington, DC, 20006<br>(202) 955-0095 phone<br>(202) 955-0090 fax<br>*ebaxter@becketlaw.org*<br><br>Nasir Hussain (Admitted *pro hac vice*)<br>**WINSTON & STRAWN LLP**<br>35 W. Wacker Drive<br>Chicago, IL, 60601<br>(312) 558-3761 phone<br>(312) 558-5700 fax<br>*nhussain@winston.com*<br><br>Giselle Klapper (Admitted *pro hac vice*)<br>Marissa Rossetti (Admitted *pro hac vice)*<br>**THE SIKH COALITION**<br>165 Broadway St., Office 2359<br>New York, NY 10006<br>(847) 786-5839 phone<br>*amrith@sikhcoalition.org*<br>*giselle@sikhcoalition.org*<br>*marissa@sikhcoalition.org*<br><br>*Counsel for All Plaintiffs* | YAAKOV M. ROTH<br>Acting Assistant Attorney General<br><br>JEAN LIN<br>Special Litigation Counsel<br><br>*/s/ Christopher M. Lynch*<br>CHRISTOPHER M. LYNCH<br>(D.C. Bar No. 1049152)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St., N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 353-4537<br>Facsimile: (202) 616-8470<br>Email: Christopher.M.Lynch@usdoj.gov<br><br>*Counsel for Defendants* |

Brian W. Song (Admitted *pro hac vice*)
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200 phone
*bsong@bakerlaw.com*

*Counsel for Plaintiff Jaskirat Singh*

3