**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SUKHBIR SINGH TOOR, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ERIC M. SMITH, Commandant of the Marine Corps, *et al.*,<br><br>Defendants. | Case No. 22-cv-1004-RJL |

**JOINT STATUS REPORT**

Pursuant to the Court's Order at the Status Conference held April 18, 2023, the Parties, through their respective undersigned counsel, respectfully submit this Joint Status Report.

1. To date, this litigation has been bifurcated for discovery and other scheduling purposes into two phases.

2. Phase I of this litigation concluded on August 11, 2023, when Plaintiff Jaskirat Singh graduated from training at the Marine Corps Recruit Depot San Diego after successfully completing recruit training with his articles of faith intact.

3. Phase II of this litigation concerns the Marine Corps' resolution of the aspect of Plaintiff LCpl Jaskirat Singh's religious accommodation request concerning his post-recruit training service, including the restrictions on Plaintiff's deployment locations while maintaining unshaven beards.[1]

[1] Phase II also previously concerned the religious accommodation request of Plaintiff Captain Sukhbir Singh Toor. However, on May 30, 2025, Plaintiff Toor medically retired from the Marine Corps. His religious accommodation request and attendant claims thus became moot.

4. The parties have been engaged in settlement discussions in good faith in an attempt to resolve Phase II of this case. In March 2026, however, the Secretary of War issued a new memorandum regarding "Guidance on Grooming Standards for Facial Hair and Religious Liberty."

5. On May 27, 2026, the Secretary of the Navy issued a memorandum requiring the Assistant Secretary for the Navy (Manpower and Reserve Affairs) within 30 days (*i.e.*, by June 26, 2026) to review and promulgate an update to Secretary of the Navy Instruction 1730.8B, "Accommodation of Religious Practices," CH-1 of March 28, 2012, to align Department policy with the following guidance:

a. DoDI 1300.17, "Religious Liberty in the Military Services," September 1, 2020

b. Secretary of Defense Memorandum, "Grooming Standards for Facial Hair," August 20, 2025

c. Secretary of War Memorandum, "Grooming Standards for Facial Hair Implementation," September 30, 2025

d. Secretary of War Memorandum, "Guidance on Grooming Standards for Facial Hair and Religious Liberty," March 11, 2026.

6. The Navy memorandum states: "Not later than June 11, 2026, the Navy and Marine Corps will examine all approved religious accommodations that allow waiver of grooming standards for facial hair for compliance with reference (f) [Secretary of War Memorandum, "Guidance on Grooming Standards for Facial Hair and Religious Liberty," March 11, 2026] and be prepared to notify Sailors and Marines whose accommodations are not in compliance that their accommodation will be subject to review in accordance with reference (b) [DoDI 1300.17, "Religious Liberty in the Military Services," September 1, 2020] immediately after promulgation

of an updated reference (c) [Secretary of the Navy Instruction 1730.8B, "Accommodation of Religious Practices," CH-1 of March 28, 2012]."

7. The parties need additional time to assess Navy policy updates and any potential impacts on Plaintiff Jaskirat Singh, as well as to further address the potential for any settlement.

8. Consistent with the Court's Order, the Parties will submit a further Joint Status Report within 45 days.

Respectfully submitted this 4th day of June, 2026.

By: */s/ Amandeep S. Sidhu*
Amandeep S. Sidhu (D.C. Bar No. 978142)
**WINSTON & STRAWN LLP**
1901 L St., NW
Washington, DC, 20036-3506
(202) 282-5828 phone
*asidhu@winston.com*

Eric S. Baxter (D.C. Bar No. 479221)
Daniel Blomberg (D.C. Bar No. 1032624)
Diana Verm Thomson (D.C. Bar No. 1811222)
Laura Wolk (D.C. Bar No. 1643193)
**THE BECKET FUND FOR RELIGIOUS LIBERTY**
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC, 20006
(202) 955-0095 phone
(202) 955-0090 fax
*ebaxter@becketlaw.org*

Marissa Rossetti (Admitted *pro hac vice)*
**THE SIKH COALITION**
165 Broadway St., Office 2359
New York, NY 10006
(847) 786-5839 phone
*marissa@sikhcoalition.org*

*Counsel for All Plaintiffs*

Brian W. Song (Admitted *pro hac vice*)

BRETT A. SHUMATE
Assistant Attorney General

JEAN LIN
Special Litigation Counsel

*/s/ Christopher M. Lynch*
CHRISTOPHER M. LYNCH
(D.C. Bar No. 1049152)
Chief Litigation Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St., N.W.
Washington, D.C. 20005
Telephone: (202) 353-4537
Facsimile: (202) 616-8470
Email: Christopher.M.Lynch@usdoj.gov

*Counsel for Defendants*

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200 phone
*bsong@bakerlaw.com*

*Counsel for Plaintiff Jaskirat Singh*